170 So.2d 512

**NATIONAL SURETY CORPORATION**

v.

**STANDARD ACCIDENT INSURANCE COMPANY, Brown Ferguson and Gifford-Hill & Co., Inc.**

No. 47572.

Jan. 21, 1965.

In re: Lemmie Tyson applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 168 So.2d 858.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

170 So.2d 512

**Succession of Louella RIDLEY, Wife of Emory SMITH.**

No. 47574.

Jan. 21, 1965.

In re: Emory Smith applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 169 So.2d 414.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.